```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06082
  THOMAS ALAN CHRISTOPHER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-8282


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/14/08 .

     2.  The case was dismissed without confirmation, 12/05/2008.

     3.  The Debtor paid a total of $   2650.00 .

-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
WEST SUBURBAN BANK          CURRENT MORTG       .00             .00           .00
AUDI FINANCIAL SERVICES     SECURED VEHIC       .00             .00           .00
GLOBAL/ONE CARD             UNSECURED      NOT FILED            .00           .00
CHASE BANK USA              UNSECURED      NOT FILED            .00           .00
CHASE BANK USA              UNSECURED      NOT FILED            .00           .00
CAPITAL ONE BANK            UNSECURED      NOT FILED            .00           .00
US BANK                     UNSECURED      NOT FILED            .00           .00
WASHINGTON MUTUAL CARD S    UNSECURED      NOT FILED            .00           .00
RBS NB                      UNSECURED      NOT FILED            .00           .00
JUNIPER BANK                UNSECURED      NOT FILED            .00           .00
FIA CARD SERVICES           UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORPORA    UNSECURED      NOT FILED            .00           .00
E TRADE FINANCIAL BANK      UNSECURED      NOT FILED            .00           .00
HSBC                        UNSECURED      NOT FILED            .00           .00
          Summary of disbursements:
-----------------------------------------------------------------------
                       SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00        .00         .00          .00          .00
PRINCIPAL PAID            .00        .00         .00          .00          .00
INTEREST PAID             .00        .00         .00          .00          .00
TOTAL PAID                .00        .00         .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $         .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   2650.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/12/09                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```